1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 ## EASTERN DISTRICT OF CALIFORNIA

8

9 JOSE ACOSTA,                                    Case No.  1:17-cv-00303-LJO-SKO

10              Plaintiff,              **ORDER DIRECTING CLERK TO CLOSE CASE**

11      v.                                    **(Doc. 12)**

12 JUAN GONZALEZ, doing business as
13 FIESTA PARTY SUPPLIES, et al.,

14              Defendants.
                                             /
15

16

17       On May 25, 2017, the parties filed a joint Stipulation for Dismissal of Entire Action, in

18 which the parties notify the Court of the dismissal of this matter with prejudice.  (Doc. 12.)  This

19 stipulation is signed by all parties who have appeared in this action.  (*See id.* at 2.)  As such,

20 Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil

21 Procedure 41(a)(1)(A)(ii).  The Court therefore DIRECTS the Clerk to close this case.

22

23 IT IS SO ORDERED.

24 Dated:  __**May 29, 2017**__              ___/s/ *Sheila K. Oberto*___

25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28